IN THE U.S. DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JEFFREY P. ALBERT, | CASE NO.   2:20-CV-4086 |
| Plaintiffs, | JUDGE |
| vs. | **DEFENDANT KIN, INC.'S NOTICE OF REMOVAL** |
| KOHL'S, INC., | |
| Defendant. | |

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN  DISTRICT OF OHIO, EASTERN DIVISION

1. Defendant KIN, Inc.'s. ("Kohl's"), improperly identified in the Complaint as "Kohl's Inc." is a Defendant in a civil action brought against it in the Court of Common Pleas for Delaware County, Ohio, styled *Jeffrey P. Albert v. Kohl's, Inc.,* Case No. 20CV080302. Copies of all process and pleadings in that action are attached hereto as Exhibit A, pursuant to 28 U.S.C. §1446(A).

2. Plaintiff attempted to serve Kohl's on July 20, 2020.

3. Plaintiff is a resident of the State of Ohio.

4. Kohl's is a foreign corporation organized, registered and existing under the laws of the State of Nevada and has its principal place of business in Wisconsin.

5. The within lawsuit is a controversy between citizens of different states, as to give rise to complete diversity of citizenship within the meaning of 28 U.S.C. §1332.

6. According to the Complaint, Plaintiff demands judgment against Kohl's in an amount in excess of $25,000.00. According to the Complaint, Plaintiff's injury has resulted in medical expenses totaling $42,745.12, and future medical expenses. In addition, Plaintiff describes his

injury as a "rotator cuff tear and bicipital tendon injury which resulted in surgery." Plaintiff further alleges his injury will result in future pain and suffering and functional limitations. As such, it is Kohl's good faith belief that the amount in controversy exceeds the jurisdictional amount of $75,000.00, exclusive of interest and costs, if all of its defenses fail and if Plaintiff proves all of his claimed damages as alleged in the Complaint.

7. This is a civil action brought in a state court in which the United States District Court has original jurisdiction because of diversity of citizenship, and Kohl's is not a citizen of the State of Ohio, in which this action was brought.

8. Written notice of removal of this action has been given simultaneously herewith to Plaintiff's counsel and the Clerk of Courts for Delaware County, Ohio.

WHEREFORE, Defendant KIN, Inc. hereby removes this action from the Court of Common Pleas for Delaware County, Ohio, to this Court, pursuant to 28 U.S.C. §1441.

Respectfully submitted,

*/s/ Nicholas P. Resetar*
Bradley A. Wright (0047090)
bwright@ralaw.com
Nicholas P. Resetar (0086507)
nresetar@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  330.376.2700
Facsimile:  330.376.4577
ATTORNEYS FOR DEFENDANT
KIN, INC.

**PROOF OF SERVICE**

I hereby certify that on this 10th day of August, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Nicholas P. Resetar*
                                                  Bradley A. Wright
                                                  Nicholas P. Resetar

15424459 _1